JOHN COLLINGSWORTH v. STATE.

191 So. 290
Division A
Opinion Filed October 3, 1939

*T. Franklin West,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Thomas J. Ellis,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—Writ of error brings for review judgment of conviction of the offense of unlawfully manufacturing intoxicating liquor.

The entire record discloses no reversible error. So, the judgment is affirmed.

So ordered.

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

BROWN, J., concurs in opinion and judgment.

Justices WHITFIELD and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.